

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-74,256-03 & WR-74,256-04

## EX PARTE TONY CURTIS WHITAKER, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. 241-1018-17-A & 241-1019-17-A IN THE 241ST DISTRICT COURT FROM SMITH COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of possession of a controlled substance and sentenced to two terms of fifteen years' imprisonment. He did not appeal his convictions.

On October 2, 2018, the trial court entered orders designating issues. These applications were forwarded, however, before the trial court made findings of fact and conclusions of law. We remand these applications so the trial court can complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: July 3, 2019
Do not publish